## LESLIE *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 12, September Term, 1960.]

*Decided October 13, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons stated by the court below.

*Application denied.*